```
DONALD GRAY DREWRY, SBN 160596
Attorney at Law
1032 East 14th Street, Suite D
San Leandro, CA 94577
Telephone: (510) 382-1222
Fax: (510) 562-7604

Attorney for Petitioner,
John Wilbur
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Wilbur,<br><br>    Petitioner,<br><br>vs.<br><br>DEPARTMENT OF MOTOR VEHICLES,<br><br>    Respondent. | CASE No. Case No.: C05-05403 SI<br>Related Case No.:  C03-05368<br><br>ORDER TO CHANGE OF DATE FOR CASE MANAGEMENT CONFERENCE |

Upon consideration of the Stipulation submitted by Plaintiff, JOHN DENT WILBUR, and good cause appearing therefore,

THE COURT ORDERS the Case Management Conference be changed from April 28, 2006 at 2:00p.m. in Courtroom 2 to June 2, 2006 at 2:00p.m. in Courtroom 2.

Dated: March 16, 2006

*/s/ Susan Illston*

_____

Susan Illston, Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28