1  DONALD GRAY DREWRY, SBN: 160596
   Attorney at Law
2  14895 E. 14th Street, Suite 485
3  San Leandro, California 94578
   Telephone: (510) 346-6666
4  Facsimile: (510) 346-6668

5  Attorney for Plaintiff
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 JOHN DENT WILBUR,                              ) Case No: C 05-05403 SI
                                                  ) Related case: C 03-5368 SI
11                 Plaintiff                      )
12 v.                                             ) **REQUEST FOR CONTINUANCE**
                                                  ) **AND CHANGE OF THE ENE**
13 CITY OF SAN LEANDRO, a Political Subdivision, SAN) **CONFERNCE TO BE EXTENDED**
   LEANDRO POLICE DEPARTMENT, JOSEPH             ) **BEYOND THE AUGUUST 9, 2006**
14 KITCHEN, JEFF TUDOR, CHRISTOPHER              ) **DEADLINE**
   TANKSON, KIM DEGRANO, VINCE MARCHETTI,        )
15 RICK DECOSTA, DAN FERNANDEZ, and DOES 1 TO    ) Compliant Filed: October 8, 2003
16 100, Inclusive,                                ) Trial Date: April 30, 2007
                                                  )
17              Defendants.                       ) Date:
   _____        ) Time:
18                                                  Judge: Honorable Susan Illston

19 TO THE HONORABLE SUSAN ILLSTON, JUDGE:

20    Your Honor, the Plaintiff, John Dent Wilbur, is requesting that

21 the ENE date be granted beyond the last date presently set of

22 August 9, 2006.

23    In this case, it was agreed that an ENE conference would be

24 set and completed no later than August 9, 2006.  Both parties, the

25 Plaintiff through his counsel, Donald Gray Drewry, and the

26 Defendants, through their counsel, Ms. Hynes, agreed to several

27
28 1

Request for ENE Conference to Continue Beyond

Set Date of August 9, 2006 as Parties not Available

dates to hold the ENE; dates that both parties were available to hold this arbitration. However, by the time that Mr. Hall was assigned and all parties were able to meet and confer, the Defendant's calendar had filled the dates that they had previously been available, as did the Plaintiff's. Dates that parties had available were not available dates with Mr. Hall. The only remaining date before the August 9, 2006 deadline that Mr. Hall and the Defendants were available was August 8, 2006, but that was a date that the Plaintiff's counsel is to appear in Santa Barbara for a criminal trial. Additionally, Mr. Hall informed Plaintiff's counsel that he would have to seek permission from the Honorable Wayne Brazil, Judge to waive the personal appearance of Mr. Wilbur who is incarcerated in State Prison for the next three (3) years.

    Since this time, both parties stipulated to continue all dates, but the Court rejected that stipulation for lack of good cause. Ms. Hynes is out of town, and no new dates have been selected for the ENE. Therefore, the Plaintiff is requesting that the date of August 9, 2006 as the last date to hold the ENE be changed to no later than October 15, 2006; that way both parties can set and hold the ENE which hopefully will resolve this matter. As we now have an independent arbitrator, Mr. Hall, it is just a matter of setting a date with both parties and the arbitrator's schedule coordinating.

Additionally, the Plaintiff, John Wilbur, is seeking relief from personally appearing at the ENE as required by local ADR rules which requires him to be present.  Obviously, his incarceration is a bar to his appearance.  The Plaintiff has been advised that this Honorable Court lacks jurisdiction to grant this request as the hearing is assigned to Oakland, and therefore, the request must go to Judge Brazil who is the ADR manager, and a request is being made to excuse Mr. Wilbur from personally attending.  This issue has not been resolved at this time.

Dated: July 24, 2006             Respectfully submitted,

                                 LAW OFFICES


                                 By:_____/s/_____
                                       Donald G. Drewry
                                       Attorneys for Plaintiff

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

05CIV003Q  Wilbur, John  Motion of Change of Date for ENE Beyond Aug 9, 2006   8-4-06.DOC

3

Request for ENE Conference to Continue Beyond

Set Date of August 9, 2006 as Parties not Available

**PROOF OF SERVICE**

I the undersigned say and declare:

I am over the age of eighteen years and not a party to the above entitled action; my business address is 14895 East 14th Street, Suite 485, San Leandro, California 94578.

On the date indicated below, I served the following documents enclosed in a sealed envelope, or box, on the listed address(es).

DOCUMENTS: ) **REQUEST FOR CONTINUANCE AND CHANGE OF THE ENE CONFERNCE TO BE EXTENDED BEYOND THE AUGUUST 9, 2006 DEADLINE**

ADDRESS(ES):   **SEE SUPPLEMENTAL SHEET**

\_\_\_\_  **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, in the United States Mail, at San Leandro, California.

\_\_\_\_  **(BY PERSONAL SERVICE)**   I caused each such envelope to be delivered by hand to the address(es) noted on the supplemental sheet.

\_\_\_\_  **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile transmission to the number indicated after the address(es) noted on the supplemental sheet.

\_\_\_\_  **(BY COURIER)**

I caused the said document to be delivered by courier to the address(es) noted on the supplemental sheet

Dated:  August 04, 2006

_____
Araceli Parra, Secretary

4

Request for ENE Conference  to Continue Beyond

Set Date of August 9, 2006 as Parties not Available

**SUPPLEMENTAL SHEET**

**Ms. Tricia L. Hynes, Esq.**
**Meyers, Nave, Riback, Silver and Wilson**
**555 12th Street, Suite 1500**
**Oakland, CA. 94607**

**Ms. Kimberly Colwell**
**Meyers, Nave, Riback, Silver and Wilson**
**555 12th Street, Suite 1500**
**Oakland, CA. 94607**

5

Request for ENE Conference to Continue Beyond

Set Date of August 9, 2006 as Parties not Available