IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. WILBUR, | Nos. C 05-05403 SI, C 03-05368 SI |
| Plaintiff, | **ORDER VACATING DISCOVERY DEADLINES** |
| v. | |
| CITY OF SAN LEANDRO, et al., | |
| Defendant. | |

In light of defendants' motion for leave to file a third-party complaint, the Court hereby VACATES all current discovery deadlines. New discovery deadlines will be discussed at the case management conference, currently scheduled for November 17, 2006.

**IT IS SO ORDERED.**

Dated: October 23, 2006

SUSAN ILLSTON
United States District Judge