UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILBUR,

                    Plaintiff,

    v.

CITY OF SAN LEANDRO ET AL,

                    Defendant.
_____/

No. C 05-05403 SI

**SECOND
PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 13, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 18, 2007.

DESIGNATION OF EXPERTS: 4/27/07; REBUTTAL: 5/4/07.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 18, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by June 1, 2007;

        Opp. Due June 15, 2007; Reply Due June 22, 2007;

         and set for hearing no later than July 6, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 14, 2007 at 3:30 PM.

JURY TRIAL DATE: August 27, 2007 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be two days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall contact Magistrate-Judge Larson's office and set up a follow-up settlement conference. The settlement conference shall occur on 3/27-29/06.

The Co. Co. County Auction is prepared to settle this dispute, will attend the settlement conference and does not want to incur the expense of filing the answer.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____          _____
                                        SUSAN ILLSTON
                                        United States District Judge

**United States District Court**
**For the Northern District of California**