UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DENT WILBUR,

    Plaintiff,

v.

CITY OF SAN LEANDRO, ET AL.,

    Defendants.
_____/

No. C 05-5403 SI (JL)

FURTHER
SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference shall take place on **Wednesday, March 28, 2007 at 2: 00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of a updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.

SETTLEMENT CONFERENCE NOTICE    1

1   The parties shall notify Magistrate Judge Larson's chambers immediately if this case
2 settles prior to the date set for settlement conference.

4 DATED:   January 24, 2007

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE         2