1 DONALD GRAY DREWRY, SBN: 160596
Attorney at Law
2 14895 E. 14th Street, Suite 485
3 San Leandro, California 94578
Telephone: (510) 346-6666
4 Facsimile: (510) 346-6668

5 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN DENT WILBUR, | ) Case No: C 05-05403 SI |
|---|---|
| | ) Related case: C 03-5368 SI |
| Plaintiff | ) |
| v. | ) **(PROPOSED) ORDER THAT ALL** |
| | ) **PARTIES HAVE A PERSON WITH** |
| CITY OF SAN LEANDRO, a Political Subdivision, SAN | ) **FINANCIAL AUTHORITY TO** |
| LEANDRO POLICE DEPARTMENT, JOSEPH | ) **SETTELE THE CASE PRESENT AT** |
| KITCHEN, JEFF TUDOR, CHRISTOPHER | ) **THE SETTLEMENT CONFERENCE** |
| TANKSON, KIM DEGRANO, VINCE MARCHETTI, | ) **OF MARCH 28, 2007** |
| RICK DECOSTA, DAN FERNANDEZ, and DOES 1 TO | ) |
| 100, Inclusive, | ) Compliant Filed: October 8, 2003 |
| | ) Trial Date: April 30, 2007 |
| Defendants. | ) |
| _____ | ) Date: |
| | Time: |
| | Judge: Honorable Susan Illston |

TO ALL PARTIES:

The Court having reviewed the request of the Plaintiff, John Dent Wilbur, to require all Parties to have a person with financial authority present at the Settlement Conference of this matter on March 28, 2007, and finding that for the Settlement Conference to be meaningful and of good faith, and in the interest of judicial economy, the request is meritorious.

Order to All Parties to Have a Financial Represenative

With Full Authority to Settle the Case Present at

Settlement Conference

IT IS SO ORDERED that All Parties have a representative with full financial authority and capable to resolve this matter at the Settlement Conference of March 28, 2007.

Dated: 3/19/07  _____

_____
SUSAN ILLSTON , JUDGE

05CIV003B1  Wilbur, John  Plaintiffs  Order that ALL Parties have Present the Person with Financial Power to Resovle Case at Settlement Confernce   3-15-07.DOC

Order to All Parties to Have a Financial Represenative

With Full Authority to Settle the Case Present at

Settlement Conference