1

2          IN THE UNITED STATES DISTRICT COURT

3        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    WILBUR,                              No. C 05-05403 SI

6              Plaintiff,            **ORDER OF DISMISSAL UPON SETTLEMENT**

7       v.

8    CITY OF SAN LEANDRO ET AL,

9              Defendant.
                                              /
10

11            The parties to the action, by their counsel, have advised the court that they have agreed

12   to a settlement.

13            IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that

14   if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel,

15   within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order

16   shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

17

18   Dated: 4/5/07                        _____

19                                        SUSAN ILLSTON
                                          United States District Judge
20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California